# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2047
LT Case No. 2021-002017-A

_____

GARRETT ALEXANDER SLONE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

June 4, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____